UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Bobby Wayne Stone, | ) C/A No. 2:17-cv-01221-MGL-MGB |
| | )       (Capital Case) |
| | ) |
| Petitioner, | ) |
| | ) **STATUS REPORT** |
| vs. | ) |
| | ) |
| Bryan P. Stirling, Commissioner, South | ) |
| Carolina Department of Corrections, and | ) |
| Joseph McFadden, Warden, Lieber | ) |
| Correctional Institution, | ) |
| | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

Comes now Respondents, above named, by and through the Office of the South Carolina Attorney General, and hereby file this Status Report.

As noted in Petitioner's Status Report filed November 8, 2017, Petitioner fileda Motion for a Stay of Execution in the South Carolina Supreme Court on November 7, 2017. The State filed its Return to the Motion for Stay of Execution opposing a state court stay on November 13, 2017. Petitioner filed a Reply to the State's Return on November 14, 2017. By Order filed November 16, 2017, the South Carolina Supreme Court denied Petitioner's motion for a stay of execution. A copy of the Order denying the motion is attached to this Status Report as Attachment No. 1.

Respectfully submitted,

ALAN WILSON
Attorney General

DONALD J. ZELENKA
Deputy Attorney General

        MELODY J. BROWN
Senior Assistant Deputy Attorney General

ALPHONSO SIMON JR.
Assistant Attorney General
ID No. 10199

SHERRIE BUTTERBAUGH
Assistant Attorney General

Post Office Box 11549
Columbia, South Carolina 29211
(803) 734 6305

ATTORNEYS FOR RESPONDENTS

November 17, 2017     By: s/ Alphonso Simon Jr.