UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Bobby Wayne Stone, | ) C/A No. 2:17-cv-01221-MGL-MGB |
| | )      (Capital Case) |
| | ) |
| Petitioner, | ) |
| | ) **NOTICE OF FILING** |
| vs. | ) **SUPPLEMENT TO** |
| | ) **STATE COURT RECORD** |
| Bryan P. Stirling, Commissioner, South Carolina Department of Corrections, and Joseph McFadden, Warden, Lieber Correctional Institution, | ) |
| | ) |
| Respondents. | ) |

Come now Respondents, above named, by and through the Office of the South Carolina Attorney General, and hereby file the following documents to supplement the filing of the state court records filed on June 9, 2017 [Docket Entry #20]:

36. Execution Notice filed November 6, 2017

37. Motion for Stay of Execution

38. Return to Motion for Stay of Execution

39. Reply to Respondents' Return in Opposition to the Motion for Stay of Execution

40. South Carolina Supreme Court Order dated November 16, 2017

Respondents submit these documents in compliance with the May 11, 2017 Order, and in anticipation of making a proper Return pursuant to Rule 5(c) and (d), Rules Governing Section 2254 Cases. Pursuant to the Order, courtesy copies will be printed and provided to both Judge Lewis and Judge Baker. The copies will be printed with the filing headers upon receipt of the filed copies and sent via U.S. Mail. Additionally, a copy of this notice will be included as an index.

Respondents rely upon electronic service to provide opposing counsel of record with a copy of this notice and the attachments as listed above.

                        Respectfully submitted,

                        ALAN WILSON
                        Attorney General

                        DONALD J. ZELENKA
                        Deputy Attorney General

                        MELODY J. BROWN
                        Senior Assistant Deputy Attorney General

                        ALPHONSO SIMON JR.
                        Assistant Attorney General
                        ID No. 10199

                        SHERRIE BUTTERBAUGH
                        Assistant Attorney General

                        Post Office Box 11549
                        Columbia, South Carolina 29211
                        (803) 734 6305

                        ATTORNEYS FOR RESPONDENTS

November 17, 2017          By: s/ Alphonso Simon Jr.