# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Bobby Wayne Stone, ) <br> ) <br> Petitioner, ) <br> vs. ) <br> ) <br> Bryan P. Stirling, Commissioner, ) <br> South Carolina Department of Corrections; ) <br> Lydell Chestnut, Deputy Warden, ) <br> Broad River Correctional Institution, ) <br> ) <br> ) <br> Respondents. ) <br> ) | C/A No. 2:17-cv-01221-MGL-MGB <br><br><br> **JOINT STATUS REPORT** |

The parties make this joint status report pursuant to the Court's order dated August 13, 2024. [ECF No. 164]. Petitioner's state post-conviction relief action with his claim of intellectual disability, *see Atkins v. Virginia*, 536 U.S. 304 (2002), remains pending. The Honorable William P. Keesley remains assigned to the state action. Judge Keesley held the *Atkins* hearing on July 30-31, 2024, and he has allowed the parties to submit post-hearing briefing after receipt of the transcript. The parties are presently waiting for the transcript to be delivered so briefing may begin.

Respectfully submitted,

BY: _____s/ Melody J. Brown_____
Senior Assistant Deputy Attorney General
Fed. Ct. ID No. 7979
Office of the Attorney General
P.O. Box 11549
Columbia, South Carolina 29211
(803) 734-6305

ATTORNEY FOR RESPONDENT

[*signatures continue on next page*]

BY:     s/ Emily C. Paavola
EMILY C. PAAVOLA
Fed. Ct. ID No. 11488
900 Elmwood Ave., Suite 200
Columbia, South Carolina 29201
(803) 765-1044

JOHN H. BLUME
Fed. Ct. ID No. 1630
Cornell Law School
159 Charles Evans Hughes Hall
Ithaca, New York 14853
(607) 255-1030

JOSHUA KENDRICK
Fed. Ct. ID No. 9037
P.O. Box 6938
Greenville, South Carolina 29606
(864) 760-4000

ATTORNEYS FOR PETITIONER

October 14, 2024